■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD CONNER, Appellant. [813 NYS2d 690]—Motion for writ of

error coram nobis denied. Present—Hurlbutt, J.P., Scudder, Green and Hayes, JJ.